**REQUIRED STATEMENT**
**TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) _____ Robert R. Witkowski _____ Case No. __17-12438__ Chapter __13__

All Cases: Moving Creditor ___Townhomes of the Fields Owners' Association___ Date Case Filed __04/20/2017__

Nature of Relief Sought: ☑Lift Stay    ☐ Annul Stay    ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed __08/11/2017__

Chapter 7: ☐ No-Asset Report Filed on _____
　　　　　 ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1.　Collateral
　　a.　☑ Home
　　b.　☐ Car　Year, Make, and Model _____
　　c.　☐ Other (describe)_____

2.　Balance Owed as of Petition Date　$ _____Unknown_____
　　Total of all other Liens against Collateral $_____Unknown_____

3.　In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4.　Estimated Value of Collateral (must be supplied in *all* cases)　$ _____280,160.00_____

5.　Default
　　a.　☐ Pre-Petition Default
　　　　Number of months _____　　　Amount $ _____

　　b.　☑ Post-Petition Default
　　　　i.　☑ On direct payments to the moving creditor
　　　　　　Number of months _____　Amount $ ___1,160.00___ **+ accruing assessments, charges, attorney's fees, and costs.**
　　　　ii.　☐ On payments to the Standing Chapter 13 Trustee
　　　　　　Number of months _____　Amount $ _____

6.　Other Allegations
　　a.　☑ Lack of Adequate Protection § 362(d)(1)
　　　　i.　☐ No insurance
　　　　ii.　☐ Taxes unpaid　　Amount $ _____
　　　　iii.　☐ Rapidly depreciating asset
　　　　iv.　☑ Other (describe) _____Accruing lien for unpaid association assessments_____

　　b.　☑ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

　　c.　☑ Other "Cause" § 362(d)(1)
　　　　i.　☐ Bad Faith (describe)_____
　　　　ii.　☐ Multiple Filings
　　　　iii.　☑ Other (describe) _____Default under Movant's Declarations_____

　　d.　Debtor's Statement of Intention regarding the Collateral
　　　　i. ☐ Reaffirm　ii ☐ Redeem　iii. ☐ Surrender　iv. ☑ No Statement of Intention Filed

Date: _____October 2, 2018_____

_____
Counsel for Movant

(Rev. 12 /21/09)